No. 73–6543.   JAIME-BARRIOS  v.  UNITED STATES.
C. A. 9th Cir.   Certiorari denied.

No. 73–6602.   SANDERS v. ILLINOIS.   Sup. Ct. Ill.
Certiorari denied.

No. 73–6603.   AGEE v. HICKMAN ET AL.   C. A. 8th Cir.
Certiorari denied.

No. 73–6615.   LANE v. KERN, SHERIFF.   C. A. 5th Cir.
Certiorari denied.

No. 73–6626.   NAVARRO v. TEXAS.   Ct. Crim. App. Tex.
Certiorari denied.

No. 73–6627.   McPHERSON v. MICHIGAN.   Ct. App.
Mich.   Certiorari denied.

No. 73–6630.   GREEN v. ILLINOIS.   App. Ct. Ill., 1st
Dist.   Certiorari denied.

No. 73–6637.   HERRON v. MISSISSIPPI.   Sup. Ct. Miss.
Certiorari denied.

No. 73–6641.   ALVES ET UX. v. QUEEN'S MEDICAL CEN-
TER ET AL.   Sup. Ct. Hawaii.   Certiorari denied.

No. 73–6645.   WALKER v. HENDERSON, CORRECTIONAL
SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 73–6646.   BYRD v. ILLINOIS.   App. Ct. Ill., 1st
Dist.   Certiorari denied.

No. 73–6649.   CARROLL v. ILLINOIS.   App. Ct. Ill., 1st
Dist.   Certiorari denied.